UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Krissy Ann Gorski, | |
| Plaintiff, | Case No. 22-CV-2209 (KMM/ECW) |
| v. | ORDER |
| Andrew Matevousian, et al., | |
| Defendants. | |

---

The above matter comes before the Court upon the Report and Recommendation (R&R) of United States Magistrate Judge Elizabeth Cowan Wright, dated November 14, 2022. No objections have been filed to that R&R in the time period permitted. Indeed, Ms. Gorski has not communicated at all with the Court in several months.

The Court reviews de novo any portion of the R&R to which specific objections are made. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). In the absence of objections, the Court reviews the R&R for clear error. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). Based on the Court's careful review of the R&R and the record in this case, the Magistrate Judge committed no error, clear or otherwise.

IT IS HEREBY ORDERED:

This action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**Let Judgment Be Entered Accordingly.**

Date: **January 18, 2023**                    *s/ Katherine M. Menendez*
                                              Katherine M. Menendez
                                              United States District Judge